January 16, 1998

MESSAGE TO U.S. COURT OF APPEALS WEB PAGE USERS:

No. 96-2290 GJR INVESTMENTS v. COUNTY OF ESCAMBIA, FL
--------------------------------------------------------------------------------

The panel opinion, which issued January 5, 1998, in the above case has been added to our opinion notepad. It is listed with the cases for January 5. The Appendix to this opinion is currently not available on line but will be soon.

If you have any questions, please call Nancy Gilman, (404) 335-6151.